IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR 27 PM 1:19
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| ANTHONY OLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV417-101 |
| ) | |
| COUNTY OF CHATHAM, a public ) | |
| entity; FRANKLIN ROLLINS, ) | |
| JR., individual and as Deputy ) | |
| Sheriff; JOHN T. WILCHER, ) | |
| individual and as Sheriff; ) | |
| COUNTY OF EFFINGHAM, a public ) | |
| entity; JIMMIE MCDUFFIE, an ) | |
| individual and as Sheriff; ) | |
| DOES 1-10, inclusive; MARSHAL ) | |
| RAWL; SHANE SASSER; DALE ) | |
| HOWELL; MARK LEE; CHRIS ) | |
| NEESE; JEREMY SCOTT; MIKE ) | |
| KENDRICKS; and JOHN ROHRS; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 166.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, the following motions are **GRANTED**: Doc. 79 (in part); Doc. 121; Doc. 122; and Doc. 123. The following motions are **DENIED**: Doc. 16; Doc. 20; Doc. 21; Doc. 28; Doc. 29; Doc. 30; Doc. 31; Doc. 40; Doc.

41; Doc. 62; Doc. 63; Doc. 64; Doc. 67; Doc. 71; Doc. 75; Doc. 96 (in part); Doc. 102; Doc. 117; and Doc. 144.

SO ORDERED this 27th day of March 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA