IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY OLIVER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 417-101 |
| COUNTY OF CHATHAM, et al., | ) ) ) |
| Defendants. | ) |

# O R D E R

Having fully considered the matter and for good cause shown, the Court **GRANTS** Defendant Nease's Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint.[1] (Doc. no. 200.) Should Plaintiff's claims be permitted to proceed, Defendant Nease shall file his motion or pleading in response to Plaintiff's First Amended Complaint within fourteen days after the entry of an order on the March 30, 2018 Report and Recommendation.

SO ORDERED this 5th day of April, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK** to update the docket with the correct spelling of Defendant Nease's last name used in this Order, which is consistent with the First Amended Complaint and Defendant's Nease's motion. (See doc. no. 169, p. 1.)