IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY OLIVER,  )
 )
    Plaintiff,  )
 )
v.  )  CASE NO. CV417-101
 )
COUNTY OF CHATHAM, a public  )
entity, FRANKLIN ROLLINS,  )
Jr., individual and as Deputy  )
Sheriff; John T. Wilcher,  )
individual and as Sheriff;  )
JIMMIE MCDUFFIE, individual  )
and as Sheriff; Does 1-10,  )
inclusive; MARSHAL RAWL;  )
SHANE SASSER; DALE HOWELL;  )
MARK LEE; CHRIS NEASE; JEREMY  )
SCOTT; MIKE KENDRICKS; and  )
JOHN ROHRS;  )
 )
    Defendants.  )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 189), to which objections have been filed (Doc. 216). After a careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's Amended Complaint (Doc. 169) is **DISMISSED WITH PREJUDICE**. As a result, Plaintiff's Emergency Motion for Temporary Restraining Order (Doc. 173), Amended Motion for Service by United States Marshals

Service (Doc. 181), Motion for Oral Argument (Doc. 196), Motion to Compel Discovery (Doc. 206), and Defendant Howell's Motion for Extension of Time (Doc. 215) are **DISMISSED AS MOOT**. In addition, Plaintiff is **ENJOINED** from filing a lawsuit pro se in this Court unless he meets all three of the following conditions:

(1) In addition to paying the Court's filing fee, Plaintiff must post a $1,000 contempt bond with the Clerk of Court. This bond will be held by the Clerk of Court and, if Plaintiff has conducted the affairs in his case appropriately, the bond will be returned to him at its conclusion;

(2) Plaintiff must attach to any Complaint he files a signed affidavit swearing that he has read Federal Rule of Civil Procedure 11 and will abide by its provisions;

(3) Plaintiff must also attach to his complaint both a photocopy of the Report and Recommendation, and this order.

The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of May 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA