# United States District Court
## *Southern District of Georgia*

Anthony Oliver

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-101

County of Chatham, Franklin Rollins, Jr., John T. Wilcher, Jimmie McDuffie, Does 1-10, Marshal Rawl, Shane Sasser, Dale Howell, Mark Lee, Chris Nease, Jeremy Scott, Mike Kendricks, John Rohrs

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Courts Order dated May 30, 2018, Plaintiff's Amended Complaint is

Dismissed With Prejudice. This action stands closed.



| May 31, 2018 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk